STATE v. ASHE

No. 9 PC.

Case below: 30 N.C. App. 74.

Petition by defendants for discretionary review under G.S. 7A-31 denied 1 September 1976.

STATE v. BRYSON

No. 237 PC.

Case below: 30 N.C. App. 71.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 September 1976.

STATE v. CARTER

No. 5 PC.

Case below: 30 N.C. App. 59.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 September 1976. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 1 September 1976.

STATE v. DeWALT

No. 6 PC.

Case below: 30 N.C. App. 260.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 September 1976.

STATE v. EVERHART

No. 22 PC.

Case below: 30 N.C. App. 260.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 1 September 1976.